ANTHONY J WEIBELL, State Bar No. 238850
KELLY M. KNOLL, State Bar No. 305579
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: aweibell@wsgr.com; kknoll@wsgr.com

*Attorneys for Defendant*
TEESPRING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEESPRING, INC., <br><br> Defendant. | Case No. 3:19-cv-00111-JST <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Jon S. Tigar |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Defendant Teespring, Inc. ("Defendant") and Plaintiff Atari Interactive, Inc. ("Plaintiff") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in this action on January 8, 2019 (Dkt. No. 1);

**WHEREAS**, on January 16, 2019, the Parties filed a "Stipulation to Extend Time for Defendant to Respond to the Complaint" in the instant case setting the deadline to respond to the Complaint as April 1, 2019 (*see* Dkt. No. 13);

**WHEREAS**, the Court has set an Initial Case Management Conference for this case for April 17, 2019 at 2:00 p.m. (*see* Dkt. No. 14);

**WHEREAS**, the Parties are engaged in substantive settlement discussions and intend to participate in private mediation of their dispute, and Defendant is in the process of working with its insurer to determine the scope of coverage relating to this action;

**WHEREAS**, the Parties have filed concurrently herewith a stipulation to extend the deadline for Defendant to answer or otherwise respond to the Complaint to July 1, 2019;

**WHEREAS**, the Parties believe that continuing the Case Management Conference to July 17, 2019 will serve the interest of judicial economy and will preserve the resources of the Parties and this Court;

It is therefore **STIPULATED** and **AGREED**, subject to Court approval, and with Defendant and Plaintiff reserving all rights and defenses, that:

The Initial Case Management Conference shall be continued to July 17, 2019, or to a later date to be determined by the Court.

Dated: March 27, 2019    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *Anthony J Weibell*

Attorneys for Defendant
TEESPRING, INC.

Dated: March 27, 2019    BROWNE GEORGE ROSS LLP

By: /s/ *Keith J. Wesley*

Attorneys for Plaintiff
ATARI INTERACTIVE, INC.

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is hereby ordered that the Initial Case Management Conference shall be continued from April 17, 2019 to July 17, 2019.

**IT IS SO ORDERED.**

Dated: March 28, 2019

Honorable Jon S. Tigar
United States District Court Judge

## ECF ATTESTATION

I, Anthony J Weibell, am the ECF User whose identification and password are being used to file this document and attest that all signatories hereto have concurred in this filing.

Dated: March 27, 2019

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Anthony J Weibell