ANTHONY J WEIBELL, State Bar No. 238850
JAMIE Y. OTTO, State Bar No. 295099
KELLY M. KNOLL, State Bar No. 305579
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: aweibell@wsgr.com; jotto@wsgr.; kknoll@wsgr.com

*Attorneys for Defendant*
TEESPRING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., | Case No. 4:19-cv-00111-JST |
| Plaintiff, | **NOTICE AND MOTION FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL** |
| v. | |
| TEESPRING, INC., | Judge:  Hon. Jon S. Tigar |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 11-5, Anthony J Weibell, Jamie Y. Otto, and Kelly M. Knoll of Wilson Sonsini Goodrich & Rosati P.C. respectfully requests leave of the Court to withdraw as counsel of record for Defendant Teespring, Inc.  Defendant Teespring, Inc., continues to be represented in this matter by Michael D. Kanach and Patrick J. Mulkern of Gordon Rees Scully Mansukhani LLP.  Consequently, the withdrawal of Wilson Sonsini Goodrich & Rosati P.C. will not cause any delay in this proceeding nor prejudice either party.

Dated:  January 21, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ *Jamie Y. Otto*
    Jamie Y. Otto
    jotto@wsgr.com

*Attorneys for Defendant*
TEESPRING, INC.