1  ANTHONY J WEIBELL, State Bar No. 238850
   JAMIE Y. OTTO, State Bar No. 295099
2  KELLY M. KNOLL, State Bar No. 305579
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile:  (650) 565-5100
   Email: aweibell@wsgr.com; jotto@wsgr.; kknoll@wsgr.com
6
   *Attorneys for Defendant*
7  TEESPRING, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11

| | |
|---|---|
| 12  ATARI INTERACTIVE, INC., | Case No. 4:19-cv-00111-JST |
| 13           Plaintiff, | **[PROPOSED] ORDER RE NOTICE OF MOTION AND MOTION TO WITHDRAWAL AS OF COUNSEL FOR DEFENDANT TEESPRING, INC.** |
| 14       v. | |
| 15  TEESPRING, INC., | |
| 16           Defendant. | Judge:  Hon. Jon S. Tigar |

[PROPOSED] ORDER PERMITTING         -1-         CASE NO.: 4:19-CV-00111-JST
WITHDRAWAL OF COUNSEL

The Court hereby orders that Anthony J Weibell, Jamie Y. Otto, and Kelly M. Knoll of Wilson Sonsini Goodrich & Rosati P.C. be permitted to withdraw as counsel of record. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Date: _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE