ANTHONY J WEIBELL, State Bar No. 238850
JAMIE Y. OTTO, State Bar No. 295099
KELLY M. KNOLL, State Bar No. 305579
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: aweibell@wsgr.com; jotto@wsgr.; kknoll@wsgr.com

*Attorneys for Defendant*
TEESPRING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEESPRING, INC., <br><br> Defendant. | Case No. 4:19-cv-00111-JST <br><br> **[PROPOSED] ORDER RE NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT TEESPRING, INC.** <br><br> Judge:  Hon. Jon S. Tigar |

The Court hereby orders that Anthony J Weibell, Jamie Y. Otto, and Kelly M. Knoll of Wilson Sonsini Goodrich & Rosati P.C. be permitted to withdraw as counsel of record. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Date: January 29, 2020

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE