BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone:    (310) 274-7100
Facsimile:    (310) 275-5697

Attorneys for Plaintiff Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEESPRING, INC.,<br><br>　　　　Defendant. | Case No. 4:19-CV-00111-JST-DMR<br><br>Hon. Jon S. Tigar, Ctrm 6<br>Hon. Donna M. Ryu for Discovery Matters<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT SCHEDULE**<br><br>Pretrial Conf:　　January 21, 2022<br>Trial Date:　　　February 14, 2022 |

IT IS STIPULATED and requested by Plaintiff Atari Interactive, Inc. ("Plaintiff") and Defendant Teespring, Inc. ("Defendant") (collectively, the "Parties"), for the reasons set forth in the Declaration of Matthew L. Venezia, filed concurrently herewith, that the following deadlines in the Scheduling Order (Dkt. No. ) be extended as set forth below.

Pursuant to Civil Local Rule 6-2(a), the Parties concurrently submit a declaration setting forth the reasons for the request, previous modifications, and the requested modification's effects.

The current schedule and proposed revised schedule are as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Expert Disclosures | July 26, 2021 | August 26, 2021 |
| Mandatory Settlement Conference | September 28, 2021 | September 28, 2021 (unchanged) |
| Expert Rebuttal | September 1, 2021 | September 30, 2021 |
| Expert Discovery Cut-Off | September 13, 2021 | October 13, 2021 |
| Deadline to File Dispositive Motions | October 5, 2021 | November 4, 2021 |
| Pretrial Conference | January 21, 2022 at 2:00 p.m. | April 1, 2022 at 2:00 p.m. |
| Trial | February 8, 2021 at 8:00 a.m. | May 2, 2022 at 8:00 a.m. |
| Estimate of trial length (in days) | Six | Six |

RESPECTFULLY SUBMITTED,

DATED: July 19, 2021        BROWNE GEORGE ROSS
                                       O'BRIEN ANNAGUEY & ELLIS LLP
                                           Keith J. Wesley
                                           Matthew L. Venezia

By:    */s/ Matthew L. Venezia*
             Matthew L. Venezia
Attorneys for Plaintiff Atari Interactive, Inc.

| | |
|---|---|
| Dated: July 19, 2021 | GORDON REES SCULLY MANSUKHANI, LLP<br>Anthony D. Phillips<br>Patrick J. Mulkern |
| | By:    */s/ Anthony D. Phillps*<br>       Anthony D. Phillips<br>Attorneys for Defendant Teespring, Inc. |

### ATTORNEY ATTESTATION

I, Matthew L. Venezia, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By:    */s/ Matthew L. Venezia*

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION IT IS SO ORDERED.

3

4    Dated: _____

5                                                                 Honorable Jon S, Tigar
                                                                  United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2021, I electronically filed the foregoing **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND CASE MANAGEMENT SCHEDULE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

## SERVICE LIST

*Atari Interactive, Inc. v. Teespring, Inc.*
Case No. 4:19-cv-00111-JST

| | |
|---|---|
| Anthony D. Phillips<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Tel:     (415)875-3211<br>Fax:    (415)986-8054<br>Email:    aphillips@grsm.com | Counsel for Defendant Teespring, Inc. |
| Patrick J. Mulkern, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>95 Glastonbury Blvd., Suite 206<br>Glastonbury, CT  06033<br>Tel:     (860)494-7437<br>Fax:    (860)560-0185<br>Email::     pmulkern@grsm.com | Counsel for Defendant Teespring, Inc. |

　　　　　　　　　　　　　　　　　　　　　　　*/s/  Ana Z. Porcellino*
　　　　　　　　　　　　　　　　　　　　　　　Ana Z. Porcellino