BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ATARI INTERACTIVE, INC., | Case No. 4:19-CV-00111-JST-DMR |
|---|---|
| Plaintiff, | Hon. Jon S. Tigar, Ctrm 6<br>Hon. Donna M. Ryu for Discovery Matters |
| vs. | **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING DATES ON DEFENDANT TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| TEESPRING, INC., | |
| Defendant. | |
| | [*Filed concurrently with Declaration of Matthew L. Venezia*]<br>19<br>Pretrial Conf:   April 1, 2022<br>Trial Date:     May 2, 2022 |

1904838.1

Case No. 4:19-CV-00111-JST-DMR

STIPULATION TO CONTINUE BREIFING AND HEARING DATES ON DEFENDANT TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT

1    IT IS STIPULATED and requested by Plaintiff Atari Interactive, Inc. ("Atari") and
2 Defendant Teespring, Inc. ("Defendant") (collectively, the "Parties"), for the reasons set forth in
3 the Declaration of Matthew L. Venezia ("Venezia Decl."), filed concurrently herewith, that the
4 briefing schedule and hearing date for Defendant's motion for summary judgment be extended as
5 set forth below.

   Pursuant to Civil Local Rule 6-2(a)(2)–(3), the Parties concurrently submit a declaration (the Venezia Decl.) setting forth the reasons for the request and previous modifications to the case schedule.

   In accordance with Local Rule 6-2(a)(3), the current schedule and proposed revised schedule are as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Atari's Opposition | October 6, 2021 | October 27, 2021 |
| Teespring's Reply | October 13, 2021 | November 10, 2021 |
| Hearing | November 4, 2021, at 2:00 p.m. | December 2, 2021, at 2:00 p.m. |

Respectfully submitted,

DATED:  September 27, 2021            BROWNE GEORGE ROSS
                                      O'BRIEN ANNAGUEY & ELLIS LLP
                                         Keith J. Wesley
                                         Matthew L. Venezia
                                         Serli Polatoglu
                                         George B. A. Laiolo


                                      By:    */s/ Matthew L. Venezia*
                                             Matthew L. Venezia
                                      Attorneys for Plaintiff Atari Interactive, Inc.

//
//
//

| | | |
|---|---|---|
| Dated: September 27, 2021 | | GORDON REES SCULLY MANSUKHANI, LLP<br>Anthony D. Phillips<br>Patrick J. Mulkern |
| | By: | */s/ Anthony D. Phillps*<br>Anthony D. Phillips<br>Attorneys for Defendant Teespring, Inc. |

**ATTORNEY ATTESTATION**

I, Matthew L. Venezia, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

By: */s/ Matthew L. Venezia*

## [PROPSED] ORDER

PURSUANT TO THE PARTIES' STIPULATION IT IS SO ORDERED.

DATED: September ___, 2021

_____
Honorable Jon S. Tigar
United States District Court Judge

**PROOF OF SERVICE**

**Atari Interactive, Inc. v. Teespring, Inc.
United States District Court, Northern District of CA; Case No. 419-cv-00111-JST**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

On September 27, 2021, I served true copies of the following document(s) described as **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING DATES ON DEFENDANT TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Browne George Ross O'Brien Annaguey & Ellis LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** On September 27, 2021, I caused a copy of the document(s) to be sent from e-mail address dtorosyan@bgrfirm.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 27, 2021, at Los Angeles, California.

Diane Torosyan

1904838.1

Case No. 4:19-CV-00111-JST-DMR

STIPULATION TO CONTINUE BREIFING AND HEARING DATES ON DEFENDANT TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT

# SERVICE LIST

*Atari Interactive, Inc. v. Teespring, Inc.*
United States District Court, Northern District of CA; Case No. 419-cv-00111-JST

| | |
|---|---|
| Anthony D. Phillips<br>GORDON REES SCULLY MANSUKHANI, LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Tel:     (415)875-3211<br>Fax:    (415)986-8054<br>Email:     aphillips@grsm.com | Counsel for Defendant Teespring, Inc. |
| Patrick J. Mulkern, Esq.<br>GORDON REES SCULLY MANSUKHANI, LLP<br>95 Glastonbury Blvd., Suite 206<br>Glastonbury, CT  06033<br>Tel:     (860)494-7437<br>Fax:    (860)560-0185<br>Email::     pmulkern@grsm.com | Counsel for Defendant Teespring, Inc. |

1904838.1

Case No. 4:19-CV-00111-JST-DMR
STIPULATION TO CONTINIUE BREIFING AND HEARING DATES ON DEFENDANT TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT