BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Matthew L. Venezia (State Bar No. 313812)
  mvenezia@bgrfirm.com
George B. A. Laiolo (State Bar No. 329850)
  glaiolo@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Atari Interactive, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEESPRING, INC.,<br><br>　　　　Defendant. | Case No. 4:19-CV-00111-JST-DMR<br>Hon. Jon S. Tigar, Ctrm 6<br>Hon. Donna M. Ryu for Discovery Matters<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING DATES ON DEFENDANT TEESPRING, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Declaration of Matthew L. Venezia*]<br>19<br>Pretrial Conf:　　April 1, 2022<br>Trial Date:　　　May 2, 2022 |

1   IT IS STIPULATED and requested by Plaintiff Atari Interactive, Inc. ("Atari") and
2   Defendant Teespring, Inc. ("Defendant") (collectively, the "Parties"), for the reasons set forth in
3   the Declaration of Matthew L. Venezia ("Venezia Decl."), filed concurrently herewith, that the
4   briefing schedule and hearing date for Defendant's motion for summary judgment be extended as
5   set forth below.

6   Pursuant to Civil Local Rule 6-2(a)(2)–(3), the Parties concurrently submit a declaration
7   (the Venezia Decl.) setting forth the reasons for the request and previous modifications to the case
8   schedule.

9   In accordance with Local Rule 6-2(a)(3), the current schedule and proposed revised
10  schedule are as follows:

| Event | Current Date | New Date |
|---|---|---|
| Atari's Opposition | October 6, 2021 | October 27, 2021 |
| Teespring's Reply | October 13, 2021 | November 10, 2021 |
| Hearing | November 4, 2021, at 2:00 p.m. | December 2, 2021, at 2:00 p.m. |

Respectfully submitted,

DATED:  September 27, 2021            BROWNE GEORGE ROSS
                                      O'BRIEN ANNAGUEY & ELLIS LLP
                                          Keith J. Wesley
                                          Matthew L. Venezia
                                          Serli Polatoglu
                                          George B. A. Laiolo


                                      By:    */s/ Matthew L. Venezia*
                                               Matthew L. Venezia
                                      Attorneys for Plaintiff Atari Interactive, Inc.

//
//
//

Dated: September 27, 2021　　　　　　GORDON REES SCULLY MANSUKHANI, LLP
　　　　　　　　　　　　　　　　　　　　Anthony D. Phillips
　　　　　　　　　　　　　　　　　　　　Patrick J. Mulkern

　　　　　　　　　　　　　　　　　　By:　　*/s/ Anthony D. Phillps*
　　　　　　　　　　　　　　　　　　　　Anthony D. Phillips
　　　　　　　　　　　　　　Attorneys for Defendant Teespring, Inc.

### **ATTORNEY ATTESTATION**

I, Matthew L. Venezia, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

　　　　　　　　　　　　　　　　　　By:　　*/s/ Matthew L. Venezia*

**[PROPSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION IT IS SO ORDERED.

DATED: September  29 , 2021

_____
Honorable Jon S. Tigar
United States District Court Judge