1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

| | |
|---|---|
| ATARI INTERACTIVE, INC., | CASE NO.  4:19-CV-00111-JST |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REVISED ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |
| vs. | |
| TEESPRING, INC. | |
| Defendant. | |

14
15
16
17
18
19

Judge:         Honorable Jon S. Tigar
Date:          December 2, 2021
Time:          2:00 PM
Courtroom:  6

20
21
22
23
24
25
26
27
28

-1-

1    Before this Court is Defendant Teespring, Inc.'s ("Teespring" or "Defendant") Revised

2  Administrative Motion to File Under Seal Exhibits to Defendant's Motion for Summary

3  Judgement or, In the Alternative, Summary Adjudication (the "Motion").

4    The Court, having fully considered Teespring's Revised Motion and the supporting

5  declaration, and good cause appearing, **HEREBY ORDERS** that <u>Exhibit 17</u> to the Declaration

6  of Anthony D. Phillips in support of Teespring's Motion for Summary Judgment or, In the

7

8  Alternative, Summary Adjudication shall be filed and maintained by the Clerk of the Court under

9  seal.

10    Teespring's Revised Motion is **GRANTED**.

11    **IT IS SO ORDERED.**

12

13  Dated:    November 16    , 2021    _____

14    HONORABLE JON S. TIGAR
    United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-