United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATARI INTERACTIVE, INC.,

          Plaintiff,

    v.

TEESPRING, INC.,

          Defendant.

Case No. 19-cv-00111-JST

**ORDER VACATING HEARING**

Re: ECF No. 88

Before the Court is Defendant Teespring, Inc.'s motion for summary judgment. ECF No. 88. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for December 2, 2021, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: November 23, 2021



_____
JON S. TIGAR
United States District Judge