UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATARI INTERACTIVE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TEESPRING, INC.,<br><br>    Defendant. | Case No. 19-cv-00111-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 118 |

Magistrate Judge Sallie Kim has reported that the parties have settled this case and placed the terms of the settlement on the record. ECF No. 118. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 90 days of the date of this order.

**IT IS SO ORDERED**.

Dated: March 18, 2022



JON S. TIGAR
United States District Judge